**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

TANISHA E.,

Plaintiff,

v.

FRANK BISIGNANO,
*Commissioner of Social Security*,

Defendant.

Case No. 24-cv-3228-MJS

# ORDER

For the reasons stated in the accompanying Memorandum Opinion, the Court **ORDERS** the Plaintiff's motion for judgment of reversal (ECF No. 5) is **DENIED** and Defendant's cross motion for judgment of affirmance (ECF No. 11) is **GRANTED**. The Clerk of the Court is respectfully directed to close this case.

**SO ORDERED**.

Dated: November 25, 2026

MATTHEW J. SHARBAUGH
United States Magistrate Judge